■ In the Matter of the Arbitration between USI AGRI BUSINESS COMPANY, INC., Appellant, and SKA, S.P.A., Respondent. In the Matter of the Arbitration between BIG DUTCHMAN, Appellant, and SKA, S.P.A., Respondent.—Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered on or about August 28, 1989, unanimously affirmed for the reasons stated by McCooe, J. Respondent shall recover of appellants one bill of $250 costs and disbursements of this appeal. Petitioner-appellant Big Dutchman's motion for a stay pending hearing and determination of the appeal is denied as moot. Concur—Kupferman, J. P., Ross, Kassal and Rubin, JJ.